IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY DEWAYNE WOODS,

    Petitioner,                                  No. 2:11-cv-3250 JFM (HC)

    vs.

A. HEDGEPETH,

    Respondent.                             <u>ORDER</u>

                                            /

         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

---

[1] The application is a second or successive petition filed with authorization from the United States Court of Appeals for the Ninth Circuit.

1

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: December 15, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
wood3250.101a