IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY DEWAYNE WOODS,

    Petitioner,               No. 2:11-cv-3250 WBS JFM P

    vs.

A. HEDGEPETH,

    Respondent.          ORDER

_____/

        Examination of this action and the court's records reveals that the petitioner has previously filed a petition seeking federal habeas relief in the same matter.[1] (See Case No. 2:10-cv-3489 LKK DAD P.) Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

        The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

/////

/////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is reassigned to Judge Lawrence K. Karlton and Magistrate Judge Dale A. Drozd for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. 2:11-cv-3250 LKK DAD P; and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: October 1, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
wood3250.190